82 So.3d 1081 (2012)
Thomas Abe HODGES, Petitioner,
v.
Misti Michelle HODGES, Respondent.
No. 1D11-6026.
District Court of Appeal of Florida, First District.
January 9, 2012.
Joseph L. Mannikko, and E. Barbara Baris of Mannikko & Baris, Macclenny, for Petitioner.
William Bruce Muench of Muench & Luca, Jacksonville, for Respondent.
PER CURIAM.
DENIED. See R.M.C. v. D.C., 77 So.3d 234 (Fla. 1st DCA 2012).
VAN NORTWICK, THOMAS, and RAY, JJ., concur.